UNITED STATES of America,
Plaintiff–Appellee

v.

Aristeo Santana SALGADO, also known as Michael Gonzalez Carlon, also known as Israel Esparza, also known as Michael Santana Carreon, also known as Israel Esparza Carreon, also known as Michael Salgado, Defendant–Appellant.

No. 08–20222
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Aristeo Santana Salgado presents arguments that he concedes are foreclosed by *United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir.2001), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g) (2006). Appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

No. 08–20138
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, BARKSDALE, and HAYNES, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

